UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PRINCE MARTIN MAYELE )
(PETITIONER) )
V. )
UNITED STATES OF AMERICA )
(RESPONDENT/PLAINTIFF) )

CLERK, U.S. DISTRICT COURT
SEP - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DATE: SEPTEMBER 1, 2013
DOCKET NO: CR-12-00210

"MOTION TO DISMISS FOR LACK OF JURISDICTION"

PERSUANT TO: 167 LED 2D 1081, 551 US 89/2007/ ERICKSON V. PARDUS. "PRO SE PLEADING IS TO BE LIBERALLY CONSTRUED AND HOWEVER INARTFULLY PEADED MUST BE HELD TO LESS STRINGENT STANDARDS THAN FORMAL PLEADINGS DRAFTED BY LAWYER [PER CURIAM]"

I "JURISDICTION MAY BE RAISED AT ANYTIME." CAN JURISDICTION BE RAISE ANYTIME?

II DID THE REQUIREMENTS OF ARTICLE III OF THE UNITED STATES CONSTITUTION APPLY TO THIS ACTION (LITIGATION) WHICH IS THE BASIS OF THE CASE NO: CR-12-00210 PENDING BEFORE THIS COURT? PLEASE CLARIFY FOR THE RECORD.

III THE SUPREME COURT HAS HELD THAT, A FEDERAL COURT MAY HEAR A MATTER ONLY WHEN THERE IS BOTH CONSTITUTIONAL AND STATUTORY AUTHORIZATION. DOES IT APPLY TO THIS CASE PENDING BEFORE THIS COURT? PLEASE CLARIFY FOR THE RECORD.

IV THE CONSTITUTION PROVIDES TWO MEANS FOR ANY CASE TO BE FILLED AND PROCEED IN ANY FEDERAL DISTRICTS COURTS; (A) CONTRACT, (B) INJURY/DAMAGE. DOES IT APPLY TO THIS CASE PENDING BEFORE THIS COURT? PLEASE CLARIFY FOR THE RECORD.

V ARE THE REQUIREMENTS FOR CONTRACT OR INJURY/DAMAGE, APPLICABLE FOR ALL LITIGANTS AND CLAIMS APPLICABLE TO THE UNDERLY PROSECUTION IN THE ACTION THAT IS STILL PENDING BEFORE THIS COURT? PLEASE CLARIFY FOR THE RECORD.

VI THE CORPORATION/GOVERNMENT FILLED CHARGES IN THE ORIGINAL ACTION NOW STILL PENDING BEFORE THIS COURT. THE QUESTION RAISED, THE GOVERNMENT/CORPORATION LACKED STANDING TO FILE THE ORIGINAL ACTION AND THIS FEDERAL DISTRICT COURT LACKED JURISDICTION TO HEAR NOR CONTINUING PROCEEDING ON THIS LITIGATION, CASE NO: CR-12-00210. PLEASE CLARIFY FOR THE RECORD.

VII (A) THE FACT IS, WITHOUT A CONTRACT OR INJURED/DAMAGED PLAINTIFF, THIS FEDERAL COURT LACKED TOTAL CONSTITUTIONAL SCOPE, LAWFUL JURISDICTION, ABSENT JURISDICTION. ═══ THE WRONG PLAINTIFF BRINGING FORTH THIS CLAIM ═══

(B) "CONSTITUTIONAL RESTRICTIONS CANNOT BE OVERRIDEN BY STATUTE"

(C) PERSUANT TO: 294 U.S 50 UNITED STATES E.R.C -V- INTERSTATE COMMERCE/1935 "UPON RECEIVING, IT ENTERTAINS AND GRANTS A MOTION TO DISMISS LACK OF JURISDICTION"

(D) THESE ARE CONSTITUTIONAL QUESTIONS BEING RAISED RELATING TO JURISDICTION THE RULE STATES, NO COURT WILL AVOID A CONSTITUTIONAL QUESTIONS. DO THESE ABOVE APPLIES TO THIS CASE? PLEASE CLARIFY.

RESPECTFULLY SUBMITTED,
P.M. Mayele  09/01/2013
PRINCE MARTIN MAYELE. 42204-086
(PETITIONER, PRO SE)
METROPOLITAN DETENTION CENTER
P.O. BOX 1500
LOS ANGELES, CA 90053

"UNDER SEAL"

PAGE 1 OF 1